No. 785. STUMO *v.* UNITED AIR LINES, INC., ET AL. C. A. 7th Cir. Certiorari denied. *George F. Archer* for petitioner. *Stuart Bernstein* for respondents United Air Lines, Inc., et al.

No. 803. UNITED STATES GYPSUM CO. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO. C. A. 5th Cir. Certiorari denied. *Harold D. Burgess* for petitioner. *Bernard Kleiman, Elliot Bredhoff, Michael H. Gottesman, George H. Cohen* and *Jerome A. Cooper* for respondent.

No. 806. PAGE ET AL. *v.* PAN AMERICAN PETROLEUM CORP. ET AL. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied. *Sam J. Lee* for petitioners.

No. 814. PHILLIPS PETROLEUM CO. *v.* BRENNER, COMMISSIONER OF PATENTS, ET AL. C. A. D. C. Cir. Certiorari denied. *Sidney Neuman, Robert L. Austin* and *Paul L. Gomory* for petitioner. *Solicitor General Griswold* for Brenner, *Harry L. Kirkpatrick* for Goodrich-Gulf Chemicals, Inc., and *John D. Upham, L. Bruce Stevens, Jr.,* and *Ellsworth H. Mosher* for Monsanto Co., respondents.

No. 819. WEINBERG *v.* BOARD OF COMMISSIONERS OF THE ALABAMA STATE BAR ET AL. Sup. Ct. Ala. Certiorari denied. *M. Roland Nachman, Jr.,* for respondents.

No. 821. BELL ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Robert J. Woolsey* for petitioners. *Solicitor General Griswold* for the United States.